| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bradford J. Sandler, Esq.<br>Benjamin L. Wallen, Esq. (*pro hac vice* forthcoming)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:  bsandler@pszjlaw.com<br>          bwallen@pszjlaw.com<br><br>*Counsel to Kellanova* | |
| In re:<br><br>RITE AID CORPORATION, *et al.*,[1]<br><br>                                        Debtors. | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A,<br><br>                                        Plaintiff,<br><br>v.<br><br>Kellanova fdba Kellogg Company,<br>                                        Defendant. | Adv. No. 25-01805 (MBK) |

**STIPULATION AND CONSENT ORDER BETWEEN
THOMAS A. PITTA, AS TRUSTEE OF THE RAD SUB-TRUST A AND KELLANOVA**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby **ORDERED**.

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases (the "Chapter 11 Cases") and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

4920-4017-6195.5 08728.003

| | |
|---|---|
| Debtors: | PITTA v. KELLANOVA |
| Case No.: | 25-01805 (MBK) |
| Caption of Order: | STIPULATION AND CONSENT ORDER BETWEEN THOMAS A. PITTA, AS TRUSTEE OF THE RAD SUB-TRUST A AND KELLANOVA |

This stipulation and consent order (the "Stipulation") is made by and between Thomas A. Pitta, as Trustee of the RAD Sub-Trust A ("Plaintiff"), and Kellanova ("Defendant," and together with Plaintiff, the "Parties") in the above captioned adversary proceeding (this "Adversary Proceeding") filed in the above-referenced chapter 11 cases of Rite Aid Corporation (the "Rite Aid 1 Bankruptcy Cases") hereby enter into this stipulation and consent order (this "Stipulation"), and by and through their respective undersigned counsel, stipulate and agree as follows:

## RECITALS

A.      On October 10, 2025, Plaintiff filed this Adversary Proceeding against Defendant.

B.      On November 7, 2025, Plaintiff filed its *Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code* [Case No. 23-18993 (MBK), Docket No. 7108] (the "Procedures Motion," and any orders entered with respect to the Procedures Motion, including in the Rite Aid 1 Bankruptcy Cases or this Adversary Proceeding, the "Procedures Orders") in the Rite Aid 1 Bankruptcy Cases.[2]  The filing of the Procedures Motion tolled Defendant's deadline to respond or file an answer in this Adversary Proceeding as set forth in the Procedures Motion.

C.      A hearing to consider the Procedures Motion is currently set for December 22, 2025, at 11:00 a.m. (Eastern Time).

---

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Procedures Motion.

(Page | 3)

| | |
|---|---|
| Debtors: | PITTA v. KELLANOVA |
| Case No.: | 25-01805 (MBK) |
| Caption of Order: | STIPULATION AND CONSENT ORDER BETWEEN THOMAS A. PITTA, AS TRUSTEE OF THE RAD SUB-TRUST A AND KELLANOVA |

D. Prior to the Courts' entry of the Procedures Orders, the Parties negotiated and agreed to resolve Defendant's objections to the Procedures Motion as set forth herein.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON COURT APPROVAL OF THIS STIPULATION, IT IS ORDERED THAT:**

1. Notwithstanding anything in the Procedures Orders, the Procedures Motion, or any statements, filings, arguments, or positions of Plaintiff in support thereof, nothing herein or any Procedures Orders shall affect any substantive right, claim, defense, or other argument of Defendant in this Adversary Proceeding and nothing herein or in the Procedures Orders shall determine or be deemed to determine that this Adversary Proceeding or claims asserted by Plaintiff therein were properly and/or timely asserted and/or filed by Plaintiff against Defendant.

2. The terms of this Stipulation shall be immediately effective and enforceable upon entry by the Court.

3. The undersigned represent and warrant that they have full authority to execute this Stipulation on behalf of the respective Parties and that the respective Parties have full knowledge of, and have consented to, this Stipulation.

4. This Stipulation may be executed in counterparts and/or by facsimile or other electronic signature, and each such counterpart together with the others shall constitute one and the same instrument.

5. This Stipulation shall not be modified, altered, amended, or supplemented except by a writing executed by the Parties or their authorized representatives.

(Page | 4)
Debtors:              PITTA v. KELLANOVA
Case No.:             25-01805 (MBK)
Caption of Order:     STIPULATION AND CONSENT ORDER BETWEEN THOMAS A. PITTA, AS TRUSTEE OF THE RAD SUB-TRUST A AND KELLANOVA

6.  The Court retains exclusive jurisdiction and power with respect to all matters arising from or related to the implementation of this Stipulation, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation.

Dated: December 16, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Bradford J. Sandler*
Bradford J. Sandler, Esq.
Benjamin L. Wallen, Esq. (*pro hac vice* forthcoming)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  bsandler@pszjlaw.com
             bwallen@pszjlaw.com

*Counsel to Defendant*

**ASK LLP**

*/s/ Marianna Udem*
Brigette McGrath Esq., NJ SBN 01000-2011
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

-and-

Marianna Udem, Esq.
60 East 42nd Street, 46th Fl.
New York, NY 10165
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Counsel for Plaintiff*

4920-4017-6195.5 08728.003