| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bradford J. Sandler, Esq.<br>Jeffrey P. Nolan, Esq.<br>Benjamin L. Wallen, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>Email: bsandler@pszjlaw.com<br>       jnolan@pszjlaw.com<br>       bwallen@pszjlaw.com<br><br>*Counsel to Kellanova* | |
| In re:<br><br>RITE AID CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A,<br>s<br>               Plaintiff,<br><br>v.<br><br>Kellogg Sales Company, a subsidiary of Kellanova, fdba as Kellogg Company,<br><br>               Defendant. | Adv. No. 25-01805 (MBK) |

## NOTICE OF SERVICE

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases (the "Chapter 11 Cases") and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

4901-8163-3938.1 48738.00003

Please take notice that on February 27, 2026, a copy of the following:

- Defendant's Request For Admissions To Plaintiff, Set One;

- Defendant's First Set Of Interrogatories To Plaintiff;

- Defendant's First Set Of Requests For Production Of Documents To Plaintiff; and

- Defendant's Initial Disclosures

were caused to be served on the following via first-class mail:

Brigette McGrath, Esq.,
2600 Eagan Woods Drive, Suite 400
St. Paul, Mn 55121
Email: Bmcgrath@askllp.Com

-and-

Marianna Udem, Esq.
60 East 42nd Street, 46th Fl.
New York, Ny 10165
Email: mudem@askllp.com

Dated:  February 27, 2026

                                                  */s/ Bradford J. Sandler*
Bradford J. Sandler, Esq.
Jeffrey P. Nolan, Esq.
Benjamin L. Wallen, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
       jnolan@pszjlaw.com
       bwallen@pszjlaw.com