**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marianna Udem
Brigette McGrath
Kara E. Casteel (admitted *pro hac vice*)
**ASK LLP**
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
mudem@askllp.com
bmcgrath@askllp.com
kcasteel@askllp.com

*Counsel to Thomas A. Pitta, as Trustee of the RAD Sub-Trust A*

|  |  |
|---|---|
| In re:<br><br>RITE AID CORPORATION, *et al.*,[1]<br><br>                         Debtors. | Chapter 11<br><br>Case No. 23-18993 (EJO)<br><br>(Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A,<br><br>                         Plaintiff,<br><br>v.<br><br>Kellanova fdba Kellogg Company,<br><br>                         Defendant. | Adv. No. 25-01805 (EJO) |

**STIPULATION FOR EXTENSION OF CERTAIN DEADLINES IN THE**
**PROCEDURES ORDER**

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

Thomas A. Pitta, as Trustee (the "Plaintiff" or "Trustee") of the RAD Sub-Trust A (the "Trust"), and Kellanova fdba Kellogg Company (the "Defendant" and, together with Plaintiff, the "Parties"), through their respective counsel, enter into this Stipulation for Extension of Certain Deadlines in the Procedures Order (the "Stipulation") and hereby stipulate and agree as follows:

1.      Pursuant to the *Order Establishing Streamlined Procedures Governing Adversary Proceedings With Total In Controversy Greater Than or Equal to $500,000.00 Brought by Plaintiffs Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code* [D.I. 7149] (the "Procedures Order") governing the adversary proceedings in the above-captioned cases, as modified by that certain *Stipulation and Consent Order Between Thomas A. Pitta, as Trustee of the RAD Sub-Trust A and Kellanova* [Adv. D.I. 8], extensions must be in the form of filed stipulations.

2.      The deadline for Plaintiff to respond to Defendant's First Set of Requests for Production of Documents, First Set of Interrogatories, and First Set of Requests for Admissions, served on February 27, 2026, is extended from April 28, 2026 to and including May 28, 2026.

3.      All other deadlines and provisions of the Procedures Order shall also be extended a corresponding thirty (30) days, and related provisions shall remain in full force and effect.

4.      The Parties make this request in good faith and not for the purposes of delay. Neither party will be prejudiced by this extension.

Dated: May 14, 2026

**ASK LLP**

*/s/ Brigette McGrath*
Brigette McGrath, Esq.
NJ SBN 01000-2011
Kara E. Casteel, Esq.
(admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3857
Email: bmcgrath@askllp.com

*-and-*

Marianna Udem, Esq.
NJ SBN 03659-2006
60 East 42nd Street, 46th Fl.
New York, NY  10165
Telephone: (212) 267-7342
Email: mudem@askllp.com

*Counsel for Plaintiff*

Dated: May 14, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Benjamin L. Wallen*
 Bradford J. Sandler, Esq.
 Jeffrey P. Nolan, Esq.
 (admitted *pro hac vice*)
 Benjamin L. Wallen, Esq.
 (admitted *pro hac vice*)
 1700 Broadway, 36th Floor
 New York, NY 10019
 Telephone:  (212) 561-7700
 Facsimile:  (212) 561-7777
 Email:   bsandler@pszjlaw.com
          jnolan@pszjlaw.com
          bwallen@pszjlaw.com

*Counsel for Defendant*

4898-2284-7400.2 48738.00003
1607570141.2

3