<table>
<tr><td>

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler, Esq.
Edward A. Corma, Esq.
Jeffrey P. Nolan Esq.
Benjamin L. Wallen, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  bsandler@pszjlaw.com
        ecorma@pszjlaw.com
        jnolan@pszjlaw.com
        bwallen@pszjlaw.com

*Counsel to Kellanova*

</td><td></td></tr>
<tr><td>

In re:

RITE AID CORPORATION, *et al.*,[1]

                Debtors.

</td><td>

Chapter 11

Case No. 23-18993 (MBK)

(Jointly Administered)

</td></tr>
<tr><td>

Thomas A. Pitta, as Trustee of the RAD Sub-Trust A,

           Plaintiff,

v.

Kellogg Sales Company, a subsidiary of Kellanova,
fdba Kellogg Company,

           Defendant.

</td><td>

Adv. No. 25-01805 (MBK)

</td></tr>
</table>

**NOTICE OF SERVICE**

---

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases (the "Chapter 11 Cases") and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

4935-2023-9280.3 48738.00003

Please take notice that on this 27th day of May, 2026, a true and correct copy of the

*Defendant's Response To First Set Of Interrogatories, Requests For Production And Request*

*For Admissions By Plaintiff* was served via U.S. Mail to the following parties:

Brigette McGrath, Esq.,
Marianna Udem, Esq.
ASK, LLP
60 East 42nd Street, 46th Floor
New York, NY


Dated:  May 29, 2026


/s/ Edward A. Corma
Bradford J. Sandler, Esq.
Edward A. Corma, Esq.
Jeffrey P. Nolan, Esq.
Benjamin L. Wallen, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  bsandler@pszjlaw.com
          ecorma@pszjlaw.com
          jnolan@pszjlaw.com
          bwallen@pszjlaw.com

*Attorneys for Defendant, Kellanova*

4935-2023-9280.3 48738.00003