**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler, Esq.
Jeffrey P. Nolan, Esq.
Benjamin L. Wallen, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  bsandler@pszjlaw.com
        jnolan@pszjlaw.com
        bwallen@pszjlaw.com

*Counsel to Mars, Incorporated dba M & M Mars*

|  |  |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*,[1] | Case No. 23-18993 (MBK) |
| Debtors. | (Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A, | |
| Plaintiff, | |
| v. | Adv. No. 25-01974 (MBK) |
| Mars, Incorporated dba M & M Mars, | |
| Defendant. | |

## NOTICE OF SUBSTITUTION OF ATTORNEY
## OF MARS, INCORPORATED DBA M & M MARS

---

[1]  The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases (the "Chapter 11 Cases") and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

4906-1171-2415.1 48738.00003

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Bradford J. Sandler will
be substituted as attorney of record for Defendant Mars, Incorporated dba M & M Mars in this
case.

Date: April 16, 2026

_____
Signature of Former Attorney
Andrew Marks, Esq.
DORF NELSON & ZAUDERER LLP
The International Corporate Center
555 Theodore Fremd Avenue
Rye, New York 10580
Telephone: (914) 381-7600
Email: amarks@dorflaw.com

Date: April 16, 2026

*/s/ Bradford J. Sandler*_____
Signature of Substituted Attorney
Bradford J. Sandler, Esq.
Jeffrey P. Nolan, Esq.
Benjamin L. Wallen, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
        jnolan@pszjlaw.com
        bwallen@pszjlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, at my direction and under my supervision, the
foregoing document was caused to be  served by electronic filing with the Clerk of Court using
CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the
Court's electronic filing system. Parties may access this filing through the Court's CM/ECF
System.

*/s/ Bradford J. Sandler*_____
/s/ Bradford J. Sandler