**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler, Esq.
Jeffrey P. Nolan, Esq.
Benjamin L. Wallen, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email:  bsandler@pszjlaw.com
        jnolan@pszjlaw.com
        bwallen@pszjlaw.com

*Counsel to Mars, Incorporated dba M & M Mars*

| | |
|---|---|
| In re: | Chapter 11 |
| RITE AID CORPORATION, *et al.*,[1] | Case No. 23-18993 (MBK) |
| Debtors. | (Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A, <br><br> Plaintiff, <br><br> v. <br><br> Mars, Incorporated dba M & M Mars, <br><br> Defendant. | Adv. No. 25-01974 (MBK) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE OF MARS, INCORPORATED DBA M & M MARS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 3017, 9007, and 9010 of the

Federal Rules of Bankruptcy Procedure, each of the undersigned counsel hereby appears on behalf

---

[1]  The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases (the "Chapter 11 Cases") and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

of Mars, Incorporated dba M & M Mars (the "Mars"), and requests copies of all notices, pleadings, orders, and other documents brought before this Court with respect to the above-captioned proceedings, whether formal or informal, be served on Mars by and through their counsel as follows:

Bradford J. Sandler, Esq.
Jeffrey P. Nolan, Esq.
Benjamin L. Wallen, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Email: bsandler@pszjlaw.com
jnolan@pszjlaw.com
bwallen@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation (i) all notices and papers referred to in Bankruptcy Rules 2002, 3017, 9007, 9010 and 1109(b), (ii) all notices of hearings and entry of orders, (iii) every order signed in these cases, and (iv) every pleading or report filed in these cases, including, without limitation, schedules, statements of affairs, operating reports, motions, applications, complaints, demands, requests, petitions, plans of reorganization, disclosure statements, answering or reply papers, and memorandum briefs in support of any of the foregoing.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any prior or later appearance, pleading, claim, or suit shall waive any right of Mars to (1) have final orders in non-core matters entered only after *de novo* review by a district court judge, (2) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any objection to the jurisdiction of the bankruptcy court for any

purpose, (5) any election of remedy, or (6) any other right(s), claim(s), defense(s), setoff(s) or recoupment(s), under agreements, in law, in equity, or otherwise, all of which are expressly reserved.

Dated: April 16, 2026

/s/ Bradford J. Sandler
Bradford J. Sandler, Esq.
Jeffrey P. Nolan, Esq.
Benjamin L. Wallen, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
      jnolan@pszjlaw.com
      bwallen@pszjlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, at my direction and under my supervision, the foregoing document was caused to be served by electronic filing with the Clerk of Court using CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Bradford J. Sandler
/s/ Bradford J. Sandler

4920-1811-3951.1 48738.00003                    3